1 | LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
2 | JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
3 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 | Fax: (949) 722-8416

5 | Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-3528 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| FRANCES E. GREEN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Frances E. Green, in the principal amount of $1,216.30 plus interest accrued to April 18, 2012, in the sum of $1,155.18; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$2,458.48**.

DATED: 6/5/2012            By: _____TERRY NAFISI_____
                                Clerk of the Court
                                L. RAYFORD
                                _____
                                Deputy Clerk
                                United States District Court